IN THE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
SEP 03 2009
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

STEVEN PINDER,
    Petitioner

vs                No: 5:09-cv-00140 SWW/HDY

LARRY NORRIS,
    Respondent

MOTION TO ADMIT INTO
EVIDENCE

COMES NOW, Steven Pinder, petitioner hereinafter, pro-se, and through this his motion to admit into evidence, states as follows:

I

That petitioner has filed in this Honorable Court an applicitation for issuance of a writ of Habeas Corpus (docket entry #2) pursuant to 28 U.S.C. § 2254.

## II

That on August 24, 2009, petitioner did request from the circuit Court Clerk of Columbia County Arkansas, a copy of the docket sheets of STATE v STEVEN PINDER, Columbia county Arkansas, CR 2002-30, which began JAnuary 17, 2002 and illustrates an ending date of August 25, 2009. These docket sheets demonstrate the entries throughout the pretrial, trial, appeal, post-conviction proceedings and appeal to the denial of post-conviction relief.

## III

~~Plai.~~ Petitioner wishes to enter into evidence as Petitioner's exhibit B, the docket sheets of the Columbia County Circuit Court.

WHEREFORE, petitioner requests this Court enter an Order admitting into evidence the 8 pages of docket sheets of the Columbia County Circuit Court, STATE V STEVEN PINDER, CR 2002-30 as Petitioner's Exhibit B and any other relief this Court deems appropriate.

Respectfully submitted,

*Steven Pinder*

Steven Pinder, Petitioner
#123397
P.O. Box 500
Grady, AR 71644-0500

STATE OF ARKANSAS )
                  )
COUNTY OF LINCOLN )

J D RANA JR
NOTARY PUBLIC-STATE OF ARKANSAS
DESHA COUNTY
My Commission Expires 04-06-2019
Commission # 12371229

SUBSCRIBED AND SWORN TO BEFORE ME, a Notary Public this 27th day of August 2009.

4-06-2019                          J D RANA JR
My Commission Expires:             Notary

CERTIFICATE OF SERVICE

I, Steven Pinder, do hereby certify a true copy of this motion and exhibit has been served on respondent by placing same in the U.S. Mail with sufficient postage affixed to ensure delivery to Dustin McDaniels, Attorney General, 200 Catlett-Prien Tower Bldg, 323 Center, Little Rock, AR 72201-2610 on this 1st day of September 2009.

Steven Pinder

# JUDGE'S CRIMINAL DOCKET, COLUMBIA CIRCUIT COURT

| DATE OF FILING | | | CAUSE OF ACTION: Rape | Number CR-2002-30 | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Month | Day | Year | | | | | | | | | | | |
| 2 | 15 | 02 | | | | | | | | | | | |

| ATTORNEYS | NAME OF PARTIES TO ACTION | Kind of Service | WHEN ISSUED | | | WHEN SERVED | | | WHEN FILED | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Month | Day | Year | Month | Day | Year | Month | Day | Year |
| Rebecca Jones — Prosecuting Attorney | STATE OF ARKANSAS vs. Steven Lance Pinder | Warrant | 1 | 17 | 02 | | | | | | |
| | | Subpoena | 2 | 6 | 02 | | | | | | |
| | | Subpoenas (2) | 8 | 13 | 02 | 8 | 13 | 02 | 8 | 14 | 02 |
| | | Subpoenas | 8 | 13 | 02 | NN-est | | | 8 | 20 | 02 |
| Byron Thomason | | Subpoena (3) | 8 | 13 | 02 | 8 | 13 | 02 | 8 | 20 | 02 |
| | | Subpoenas (8) | 8 | 13 | 02 | 8 | 14 | 02 | 8 | 20 | 02 |
| | | Subpoena | 8 | 13 | 02 | 8 | 19 | 02 | 8 | 20 | 02 |

### DATE OF ORDER / ORDERS OF THE COURT

| Month | Day | Year | |
|---|---|---|---|
| | | | Arraigned, Advised and Explained to the Defendant |
| | | | Charges and Penalty |
| | | | Constitutional Rights |
| | | | Attorney Appointed |
| | | | Plea    Bail |
| 2 | 15 | 02 | Information |
| 2 | 15 | 02 | Record of 1st appearance |
| 2 | 15 | 02 | Search Warrant |
| 2 | 15 | 02 | motion to reduce bond |
| 2 | 15 | 02 | Order |
| 2 | 20 | 02 | motion for discovery |
| 2 | 21 | 02 | Order for discovery |
| 2 | 22 | 02 | Letter from defendant to Judge Chandler |
| 3 | 1 | 02 | Letter from Judge Chandler to defendant |
| 3 | 1 | 02 | Letter from defendant |
| 4 | 4 | 02 | Def's atty is present — set for trial 7-29-02 — |
| 6 | 6 | 02 | Def & atty appear — |
| 6 | 11 | 02 | motion for disclosure by the defendant of blood and hair samples |
| 6 | 11 | 02 | Order " " " " " " " " " |
| 7 | 30 | 02 | motion to reduce bond |

8-1-02 — Def & atty appear — Def moves for: 1) copy of video of victim; state says only have audio; state ordered to deliver tape to def by 8-5-02; 2) DNA results; state says not yet received; State ordered to deliver results by 8-9-02 or show cause why same should not be excluded from evidence — 3) E-mail from "young man" to victim; if state has it, or can get it, to furnish by 8-8-02; 4) Rape shield — may file motion — will hear 8/15/02 if filed; 5) wants a "test" performed in jail — asks to be granted 6) def wants bonds in this case & CR-02-90 combined for one bond of $25,000.00 — denied —

8-8-02 Motion to determine proper procedure at trial
8-8-02 Motion in limine
8-8-02 Motion for admissibility of evidence
8-6-02 Order for crime lab results
8-15-02 State's response to defendant's rule 404(b) motion
8-15-02 Response to defendant's rape shield motion
8-15-02 Hearing on motion. Def & atty present. As to motion re ARE 404(B): DENIED; as to motion re ACA 16-42-101, denied; as to motion re images on CD's, under advisement —
8-20-02 Trial by jury. Jury empaneled at 8:45 AM — Jury selection begins at 9:30 AM. Jury seated at 10:55 AM. Opening statements at 10:55 AM — testimony begins at 11:10 AM. Lunch 12:05 pm → 1:05 pm — Testimony concluded at 4:20 pm — instructions at 4:30 — closing argument at 4:40. Jury out on guilt phase at 5:06 pm. Jury in at 5:28 pm. Verdict of guilty on both counts. Jury out at 5:45 pm on punishment. Jury in at 6:05 pm. As to count 1, verdict is life; as to count 2, verdict is life. Def is sentenced in accord with the verdict of the jury. Def advised of right to appeal. Fees & costs waived.
8-20-02 Jury selection forms & Question Form
8-20-02 Judgment & Commitment
8-20-02 Prosecutor's statement
8-20-02 Verdict forms
8-20-02 Departure Report
9-4-02 Notice of appeal
9-4-02 Motion for transcript and record
9-5-02 Order for transcript and record
10-4-02 Letter from Steven Pinder requesting pretrial transcript
10-4-02 Letter from clerk to Steven Pinder advising to write Byron Thomason

# JUDGE'S DOCKET, COLUMBIA CHANCERY COURT
## _____ DIVISION

Pg (3)

| DATE OF FILING | | | CAUSE OF ACTION | | | | | | | | | | | Number CR 2002-30 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Month | Day | Year | Rape | | | | | | | | | | | | | |
| 2 | 15 | 02 | | | | | | | | | | | | | | |

| ATTORNEYS | NAMES OF PARTIES TO ACTION | Kind of Service | WHEN ISSUED | | | WHEN SERVED | | | WHEN FILED | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Month | Day | Year | Month | Day | Year | Month | Day | Year |
| Rebecca Jones Prosecutor | State of Ark — Plaintiff | Subp.(10) | 5 | 9 | 05 | | | | | | |
| | vs. | | | | | | | | | | |
| | Steven L. Pinder — Defendant | | | | | | | | | | |
| Byron Thomason | | | | | | | | | | | |

| Term Of Court | | DATE OF ORDER | | | ORDERS OF THE COURT |
|---|---|---|---|---|---|
| Month | Year | Month | Day | Year | |
| | | 10 | 28 | 02 | Letter from Steven Pinder requesting certified copies of docket sheets - (Sent it) |
| | | 11 | 13 | 02 | Letter from Steven Pinder requesting certain documents - sent what was available |
| | | 11 | 20 | 02 | Letter from circuit clerk to Steven Pinder sending copy of Judgment and Commitment paper |
| | | 2 | 25 | 03 | Letter from defendant |
| | | 9 | 8 | 03 | AR Supreme Court - Notice of ruling |
| | | 9 | 26 | 03 | AR Supreme Court - Law or Chancery Mandate |
| | | 2 | 23 | 04 | " " " " " " " |
| | | 4 | 12 | 04 | Law or Chancery Mandate |
| | | 5 | 11 | 04 | Letter from defendant |
| | | 5 | 26 | 04 | Law or Chancery Mandate |
| ☆ | | 6 | 30 | 04 | Petition for Post-Conviction Relief - Rule 37 |
| | | 6 | 30 | 04 | Motion for leave to amend petition |
| | | 6 | 30 | 04 | Motion for transcript for Rule 37 Proceedings |
| | | 6 | 30 | 04 | Affidavit in support of request to proceed in forma pauperis |
| | | 6 | 30 | 04 | Certificate of service |
| | | 7 | 12 | 04 | Order Denying Motion for Leave to Amend Petitioner's Original Petition |
| | | 7 | 12 | 04 | Order Denying Motion for Transcript |
| | | 7 | 14 | 04 | Request for Leave to Amend to Original Petition for post conviction Relief |
| | | 7 | 14 | 04 | Request for additional time to amend to original petition for " " " |
| | | 8 | 5 | 04 | Motion to disqualify Judge |
| | | 8 | 20 | 04 | Letter from Pinder requesting various documents - Mailed to him |
| | | 8 | 31 | 04 | Letter from Pinder requesting juror list + addresses |
| | | 9 | 1 | 04 | Letter to Pinder advising jury list is not public information |
| | | 9 | 8 | 04 | Letter from Steve Pinder requesting list of jurors + addresses again |
| | | 9 | 8 | 04 | I wrote him on 9/1/04 that jurors list was not available to public |
| | | 9 | 15 | 04 | Letter from Pinder; filing Amendment to Rule 37 (Second Amendment) |

(4).

| Term Of Court | | DATE OF ORDER | | | ORDERS OF THE COURT | |
|---|---|---|---|---|---|---|
| Month | Year | Month | Day | Year | | |
| | | 10 | 20 | 04 | Motion to Complete the Record | |
| | | 10 | 29 | 04 | Responded to Pinder's letter of October 18, 2004 | |
| | | 11 | 4 | 04 | Received copy of letter to Becky Drake from Steve Pinder dated 11/2/04 | |
| | | 12 | 6 | 04 | Order Denying Motion to Complete the Record | |
| | | 12 | 6 | 04 | Order Denying Motion to Disqualify Judge | |
| | | 12 | 6 | 04 | Order Granting Request to Amend Original Petition for Post-Conviction Relief | |
| | | 12 | 29 | 04 | Pickup Order | |
| | | 12 | 14 | 04 | Petition to Reconsider Court's Denial of Pet.'s Motion to Complete Record | |
| | | 1 | 3 | 05 | Letter from Def. | |
| | | 1 | 3 | 05 | " " " " | |
| | | 1 | 6 | 05 | Motion for Appointment of Counsel | |
| | | 1 | 20 | 05 | Letter from Def. | |
| | | 1 | 20 | 05 | " " " " | |
| | | 1 | 25 | 05 | Order Appointing Counsel (PD) fax | |
| | | 1 | 26 | 05 | " " " " (original) | |
| | | 2 | 1 | 05 | Amendment to Rule 32 Petition | |
| | | 2 | 1 | 05 | Motion to Issue Subpoenas | |
| | | 2 | 1 | 05 | Letter to Katherine Strute from Def. | |
| | | 2 | 16 | 05 | Motion | |
| | | 2 | 18 | 05 | Order of Continuance (fax) | |
| | | 2 | 22 | 05 | " " " (original) | |
| | | 2 | 25 | 05 | Petitioner's Response to Public Defender's Motion | |
| | | 3 | 22 | 05 | Letter from Judge Chandler to Kate Strute | |
| | | 3 | 24 | 05 | Response | |
| | | 3 | 24 | 05 | Letter from Defendant to Judge Chandler | |
| | | 4 | 15 | 05 | Order of Recusal (fax and original) | |
| | | 4 | 18 | 05 | Letter to Judge Singleton | |
| | | 4 | 20 | 05 | Motion for Default Judgment | |
| | | 4 | 21 | 05 | Motion for Leave to Proceed In Forma Pauperis | |
| | | 4 | 29 | 05 | Letter from Judge Chandler | |
| | | 4 | 29 | 05 | Letter from Defendant | |
| | | 5 | 17 | 05 | Letter from Def. to Judge Singleton | |
| | | 5 | 17 | 05 | " " " " " James Linhous | |
| | | 5 | 18 | 05 | Motion to Compel Court to Rule on Pet.'s Motion for Default Jdgmt. | |
| | | 5 | 18 | 05 | Petitioner's Objections | |
| | | 5 | 19 | 05 | Letter from Judge Singleton to Def. | |
| | | 5 | 23 | 05 | Response to Judge Singleton's letter from Def. | |
| | | 7 | 12 | 05 | Letter from Def. to Judge Singleton | |
| | | 7 | 21 | 05 | Amendment to Petition for Post Conviction Relief | |
| | | 7 | 26 | 05 | Letter from Def. | |

# JUDGE'S CRIMINAL DOCKET, COLUMBIA CIRCUIT COURT

**5th DIVISION**

| DATE OF FILING | | | CAUSE OF ACTION | | Number | CR 2002-30 |
|---|---|---|---|---|---|---|
| Month | Day | Year | Rape | | | |
| 2 | 15 | 02 | | | | |

| ATTORNEYS | NAMES OF PARTIES TO ACTION | Kind of Service | WHEN ISSUED | | | WHEN SERVED | | | WHEN FILED | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Month | Day | Year | Month | Day | Year | Month | Day | Year |
| Danny L. Butler — Prosecuting Attorney | STATE OF ARKANSAS vs. Steven Binder | Subp.(5) Subp.(24) | 8 8 | 3 22 | 05 05 | 8 10/8 | 3 24 | 05 05 | 8 8 | 15 26 | 05 05 |

## ORDERS OF THE COURT

| DATE OF ORDER | | | |
|---|---|---|---|
| Month | Day | Year | |
| | | | Arraigned, Advised and Explained to the Defendant |
| | | | Charges and Penalty |
| | | | Constitutional Rights |
| | | | Attorney Appointed |
| | | | Plea    Bail |
| 8 | 1 | 05 | Letter from Judge Singleton to defendant |
| 8 | 1 | 05 | Letter from defendant to Judge Singleton |
| 8 | 1 | 05 | Letter from Judge Singleton to Clerk |
| 8 | 1 | 05 | Order Setting Hearing for 9/8/05 |
| 8 | 1 | 05 | Order to Pick Up |
| 8 | 3 | 05 | Renewal of All Motions including Motion for Appt. of Counsel and |
| ~~8~~ | ~~16~~ | ~~05~~ | Request for Issuance of Subpoenas |
| 8 | 16 | 05 | Response to Petition for Post Conviction Relief |
| 8 | 16 | 05 | Brief in Support of Response to Petition |
| 8 | 22 | 05 | Response to State's Response to Petition for Post Conviction Relief |
| 8 | 26 | 05 | Motion to Quash |
| 8 | 26 | 05 | Response to Petitioner's Objections |
| 8 | 26 | 05 | Response to Request for Leave to Amend Original Petition filed 9/15/04 |
| 8 | 26 | 05 | Response to Request for Leave to Amend Original Petition filed 7/14/04 |
| 8 | 26 | 05 | Response to Various Letters filed with Clerk |
| 9 | 1 | 05 | Order to Quash Subpoenas |
| 9 | 2 | 05 | Response to State filings |
| 9 | 6 | 05 | Response to Petitioner's Objections |
| 9 | 8 | 2005 | Scheduled Hearing — 1st order of business in setting aside order appointing Public Defender — this is a civil proceeding — Next Petitioner's argument that his pro se motion for discovery file 2/20/02 and the fact that it is not a part of the clerks record does not establish prejudice and is denied. |

#6

| DATE OF ORDER | | | ORDERS OF THE COURT |
|---|---|---|---|
| Month | Day | Year | |
| | | | Day given to Tuesday January 31st 2005 to file a consolidated amended petition for rule 37 post conviction relief - the 10 page rule is relaxed - Defendant admonished to not plead his petition - conclusory allegations will be summarily dismissed. The State upon receipt will notify the court of the time needed to respond. Defendant's oral motion to hold Sheriff in contempt denied. |
| 9 | 19 | 05 | Motion for Preparation of Transcript of Hearing on 9/8/05 |
| 10 | 4 | 05 | Letter from Defendant |
| 10 | 12 | 05 | Motion to Recuse |
| 10 | 12 | 05 | Letter from Judge Singleton to Defendant |
| 10 | 18 | 05 | Order of Recusal of Judge Singleton |
| 11 | 1 | 05 | Copy of Petition for Writ of Supervisory Control |
| 11 | 7 | 05 | Letter to Def. from Supreme Court |
| 11 | 30 | 05 | Motion to Appoint Special Judge, Prosecutor and Counsel |
| 12 | 9 | 05 | Letter from Defendant |
| 12 | 9 | 05 | Letter from Clerk to Def. |
| 12 | 14 | 05 | Order Concerning Assignment of Judges |
| 12 | 27 | 05 | Letter from AOC to Judge Anthony |
| 1 | 9 | 06 | Amendment to Petition for Post Conviction Relief |
| 1 | 9 | 06 | Witnesses and Anticipated Testimony |
| 1 | 31 | 06 | Letter to Judge Roses from Defendant |
| 2 | 3 | 06 | Letter to Clerk from Defendant and Letter to Judge Roses |
| 2 | 3 | 06 | Letter from Clerk to Def. |
| 2 | 14 | 06 | Letter Setting Hearing for 4/12/06 |
| 2 | 21 | 06 | Letter from Defendant |
| 2 | 23 | 06 | Pick Up Order |
| 2 | 24 | 06 | Letter from Judge Anthony |
| 3 | 23 | 06 | Letter from Defendant |
| 4 | 12 | 06 | Hearing on various motions preliminary to actual hearing on Rule 37 motion |
| 4 | 12 | 06 | Brief in Support of Motion for Default Judgment |
| 4 | 12 | 06 | Motion for Discovery - Pleader worked in file from court |
| 4 | 18 | 06 | Objection |
| 4 | 25 | 06 | Response to Brief in Support of Motion for Default Judgment |
| 5 | 11 | 06 | Letter from Supreme Court Clerk |
| 6 | 23 | 06 | Copy of Letter from Defendant to Judge Roses |
| 6 | 29 | 06 | Order Denying Motion for Default Judgment |
| 7 | 10 | 06 | Objection to Court's Order Denying Motion for Default Judgment |
| 8 | 25 | 06 | Request for Subpoenas |

#7

# JUDGE'S CRIMINAL DOCKET, COLUMBIA CIRCUIT COURT

**5th DIVISION**

| DATE OF FILING | | | CAUSE OF ACTION | | | | | Number CR 2002-30 | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Month | Day | Year | Rape | | | | | | | | | | |
| 2 | 15 | 07 | | | | | | | | | | | |

| ATTORNEYS | NAMES OF PARTIES TO ACTION | Kind of Service | WHEN ISSUED | | | WHEN SERVED | | | WHEN FILED | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Month | Day | Year | Month | Day | Year | Month | Day | Year |
| DPB Prosecuting Attorney | STATE OF ARKANSAS vs. Steven Pinder | Subp.(4) Subp. | 9 9 | 18 20 | 06 06 | | | | | | |

| DATE OF ORDER | | | ORDERS OF THE COURT |
|---|---|---|---|
| Month | Day | Year | |
| | | | Arraigned, Advised and Explained to the Defendant |
| | | | Charges and Penalty |
| | | | Constitutional Rights |
| | | | Attorney Appointed |
| | | | Plea     Bail |
| 9 | 14 | 06 | Response to Petitioner's Amendment to Petition for Post-Conviction Relief |
| 9 | 14 | 06 | Brief in Support of State's Response |
| 9 | 18 | 06 | Order |
| 9 | 19 | 06 | Response to Motion for Section of Matters Cover |
| 9 | 19 | 06 | Letter to Def. from Clerk |
| 9 | 26 | 06 | 8th Order |
| 9 | 27 | 06 | Motion to Strike |
| 9 | 29 | 06 | HEARING ON RULE 37 PETITION HELD — MR PINDER TO FILE BRIEF & ARGUMENTS W/IN 120 DAYS, STATE RESPOND W/IN 60 DAYS, MR PINDER HAVE 20 DAYS TO RESPOND TO NEW MATTERS RAISED BY STATE |
| 10 | 16 | 06 | Motion to Clarify and Put in Writing |
| 10 | 16 | 06 | Motion for Records of Hearing |
| 10 | 17 | 06 | Order |
| 11 | 8 | 06 | Brief in Support of Petition for Post-Conviction Relief and Amendments |
| 12 | 15 | 06 | State's Response to Petitioner's Post Hearing Brief |
| 12 | 20 | 06 | Petitioner's Response to State's Response to Post Hearing Brief |
| 1 | 23 | 07 | Letter from Judy Rogers |
| 2 | 12 | 07 | Notice of Appeal |
| 4 | 10 | 07 | Letter from Defendant |
| 4 | 11 | 07 | Order |
| 4 | 12 | 07 | Letter from Defendant |
| 4 | 23 | 07 | Notice of Appeal (over) |

| DATE OF ORDER | | | ORDERS OF THE COURT |
|---|---|---|---|
| Month | Day | Year | |
| 4 | 23 | 07 | Motion to Amend Courts Order Denying Post Conviction Relief |
| 4 | 23 | 07 | Motion for a Copy of the Record for Appeal |
| 6 | 18 | 07 | Letter from Supreme Court Clerk to Defendant |
| 6 | 18 | 07 | Letter from Defendant to Clerk |
| 6 | 20 | 07 | Letter to Defendant from Supreme Court Clerk |
| 6 | 22 | 07 | Letter from Defendant |
| 7 | 10 | 07 | " " Supreme Court Clerk to Defendant |
| 7 | 10 | 07 | Petition for Writ of Certiorari |
| 7 | 13 | 07 | Letter from Supreme Court Clerk |
| 11 | 5 | 07 | Per Curiam |
| 11 | 8 | 07 | Letter of Request |
| 1 | 22 | 08 | Formal Order |
| 1 | 22 | 08 | Certiorari |
| 6 | 16 | 08 | Mandate affirmed criminal |
| 8 | 25 | 09 | Ltr from Pender requesting copy of Docket |

#8